# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: PEGO, JORGE  § Case No. 07-22029
§
§
Debtors §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 2,902.54 |
| *and approved disbursements of* | $ 2.92 |
| *leaving a balance of* | $ 2,899.62 |

Claims of secured creditors will be paid as follows:

*Claimant*                                          *Proposed Payment*
                       N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | EUGENE CRANE | $ 725.61 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

*Other* _____ $_____ $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* _____ | $_____ | $_____ |
| *Attorney for* _____ | $_____ | $_____ |
| *Accountant for* _____ | $_____ | $_____ |
| *Appraiser for* _____ | $_____ | $_____ |
| *Other* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,499.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.9 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | US Bank/ Retail Payment Solutions | $ 10,624.78 | $ 733.29 |
| 2 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 20,874.78 | $ 1,440.72 |

**UST Form 101-7-NFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

*Claim Number*     *Claimant*                           *Allowed Amt. of Claim*     *Proposed Payment*
                                      N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*     *Claimant*                           *Allowed Amt. of Claim*     *Proposed Payment*
                                      N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

219 S. Dearborn Street
Chicago, IL 60604

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 07/21/2009 in Courtroom 642, United States Courthouse,
219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  06/03/2009          By:  /s/EUGENE CRANE
                                              Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: arodarte              Page 1 of 1        Date Rcvd: Jun 04, 2009
Case: 07-22029                Form ID: pdf006             Total Served: 15
```

The following entities were served by first class mail on Jun 06, 2009.
```
db           +Jorge Pego,    9610 W Higgins, #1A,    Rosemont, IL 60018-4808
aty          +Joseph Dowd,    Joseph P. Dowd, Lawyer,    P O Box 376,    DesPlaines, IL 60016-0007
tr           +Eugene Crane,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
11768221    ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
              (address filed with court: Bmw Financial Services,     5515 Parkcenter Cir,    Dublin, OH   43017)
11768222     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11768223     +Chevy Chase Fed Sav Ba,    6200 Chevy Chase Dr,    Laurel, MD 20707-2997
11768224     +Countrywide,    450 American St,    Simi Valley, CA 93065-6285
11768225     +Countrywide Home Lending,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
11768220     +Law Offices,    880 Lee St #100,    Des Plaines, IL 60016-6465
11768226      Monogram Bank N America,    4060 Ogletown/stan De5-019-03-07,    Newark, DE  19713
11768219     +Pego Jorge,    9610 W Higgins Rd #1A,    Rosemont, IL 60018-4808
12400155     +US Bank/ Retail Payment Solutions,    PO Box 5229,    Cincinnati, OH 45201-5229
11768227     +Us Bank/na Nd,    4325 17th Ave S,    Fargo, ND 58125-6200
```

The following entities were served by electronic transmission on Jun 05, 2009.
```
12589856     +E-mail/Text: EBN_AIS@AMERICANINFOSOURCE.COM
              FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11847830      E-mail/PDF: rmscedi@recoverycorp.com Jun 05 2009 03:29:07
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2009**              **Signature:** _Joseph Speetjens_